UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Anthony Buccini | Docket No. |
| | 3:12-cv-01635 (JBA) |
| Plaintiff, | |
| v. | |
| Laser and Vision Surgery Center, LLC, and Dr. Richard Fichman | |
| Defendants. | March 7, 2014 |

**PLAINTIFF'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 41(a)(2)**

Inasmuch as the parties have resolved all disputes in this matter by a private settlement agreement, the plaintiff respectfully requests that the Court grant this voluntary motion to dismiss pursuant to Fed.R.Civ.P. 41(a)(2).

RESPECTFULLY SUBMITTED
THE PLAINTIFF, by

   / s /
Peter Goselin ct06074
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, Connecticut 06105
Tel. 860-580-9675
Fax 860-232-7818
pdgoselin@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on March 7, 2014, the foregoing Plaintiff's Motion to Dismiss Pursuant to Fed.R.Civ.P. 41(a)(2) was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/ s / ____
Peter Goselin